| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>August 03, 2021<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JONATHAN AARON FORD,<br><br>        Defendant. | Case No.  2:21-mj-00122-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JONATHAN AARON FORD, Case No.  2:21-mj-00122-JDP  Charge 18 U.S.C. § 1343 and 2, from custody for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

    __X__   Bail Posted in the Sum of $   200,000.00

           __X__   Unsecured Appearance Bond $   200,000.00

           \_\_\_\_\_   Appearance Bond with 10% Deposit

           \_\_\_\_\_   Appearance Bond with Surety

           \_\_\_\_\_   Corporate Surety Bail Bond

           \_\_\_\_\_   (Other):

Issued at Sacramento, California on August 03, 2021 at 2:33 p.m.

_JEREMY D. PETERSON_ (signature)
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE